RECEIVED

FEB 28 2014

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Mr. William K. Cole )
_____ )
                     )
_____ )
                     )
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
                     )
                     )
        v.           )
                     )                    Case No. _____
State of missouri PNP office )            (To be assigned by Clerk)
Vandaila Police C.I, Ammie & of.N )
a Vandaila US Cellular Records office
Missouri= P.N.P. Work Charles )
Stevenson P.N.P. )
Vandaila P.D. Police Mickal )
anc King )
                     )
City of Vandaila )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.   PLACE OF PRESENT CONFINEMENT:

     _____

II.  PREVIOUS CIVIL ACTIONS:

     A.   Have you brought any other civil actions in state or federal court dealing with the
          same facts involved in this action or otherwise relating to your confinement?

               YES [ ]                    NO [X]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

    Plaintiff(s): N/A

    Defendant(s): _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): N/A

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

    YES [X]     NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

    YES [X]     NO [ ]

C. If your answer to "B" is YES, what steps did you take: _____

D. If your answer to "B" is NO, explain why you have not used the grievance system:
   N/A

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

   1. Name of Plaintiff: Mr William K. Cole
   2. Plaintiff's address: Jefferson City Corretion center Classificat Staff 8200 No More Victmsrd Jefferson City MO 65101
   3. Registration number: 1002523
   4. Additional Plaintiff(s) and address(es): _____

B. Defendant(s)

   1. Name of Defendant: Vandalia Police and PD Mickal and kings State of Missouri PNP and Worker Charles stevenson, City of Vandalia and US Ceilular Records Office and Vandalia C.I. Ammie N
   2. Defendant's address: _____
   3. Defendant's employer and job title: _____
   4. Additional Defendant(s) and address(es): City Vandaila MO

-3-

V. COUNSEL

   A. Do you have an attorney to represent you in this action?

      YES [ ]          NO [x]

   B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

      YES [ ]          NO [x]

   C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

      N/A

   D. If your answer to "B" is NO, explain why you have not made such efforts:

      No Money

   E. Have you previously been represented by counsel in a civil action in this Court?

      YES [ ]          NO [x]

   F. If your answer to "E" is YES, state the attorney's name and address:

      N/A

-4-

VI.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs.  You may use additional paper if necessary):

Ok Look Mr. or Ms. or Mrs Clerk look At the Yellow Legal Pad You Will Get What is going on ok

From Mr. William K Cole

1002523

THANK

You

WC  WC  WC
WC  WC  WC
WC  WC  WC

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

WHy is I do time For A Case is Not Good on me My time is up and out I'AM in Doc For What I Need to Be Home in MI My Mom is in god Home I Not get to go is my mom God get my mom OK Fuck is go on in Missouri To Black Man and Women go to court At Fuck up to Be Black

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

_____

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]     NO [ ]

_____

Mr William K Cole                                    2/7/2014
Signature of attorney or pro se Plaintiff(s)         Date

SCOTT KINTNER
Notary Public - Notary Seal
State of Missouri
Commissioned for Cole County
My Commission Expires: March 15, 2016
Commission Number: 12315257

-6-

A Copy of A copy From Mt. Sterling Police Department 145 W main st. Mt. Sterling ILL 62353 phone 217-773-3961 A copy I set ok

Mt. Sterling Police Department
145 W. Main St.
Mt Sterling IL, 62353
Phone: 217-773-3961

Reporting officer: M Cremer M-4 Case Number: 10-17-11 MC01
Incident: Phone Harassment
Date time 10-17-11 At 11:50pm Location: 214 W Main Mt Sterling
Victim: AMMOE C Norvell, DoB 12-4-78, Address 214 W Main St Mt sterling
Phone 217-440-1978 > suspect: William K Cole, DoB 6-11-62
Address 1009 W. Bland or 200 Gaslight RD APt 31> Vandalia
MO 63382, MO DOC #1002523

NARRATIVE

I officer Cremer received a call from A Norvell Who told me that today between 8pm and 11pm on 10-17-11 W Cole called her phone 17 times making death threats to her A Norvell recorded some of the calls he made to her telling her that Halloween is coming and he is going to kill her and burn her in her house also he to told her What she was driving with license plate number and her family's Vehicles. also her Social Security number A. Norvell said that she recently moved and he does not know her new address. I asked A Norvell to play some of the recordings for me and her statement to me was accurate. A norvell made the recordings on her daughters Cell phone. A norvell has made complaints with the Mt sterling P.D. over W Cole recently and Would like to press charges against. I informed A Norvell to keep the recordings saved. A Norvell also told me that recently in Missouri W Cole Was arrested for breaking into her house and strangling her and part of his parole is to have no contact with A norvell. "I spoke with Vandalia P.D. and they informed me that have had Multiple contacts With W Cole and he is to be considered armed and dangerous". "also use extreme caution if we make contact if we make contact with him Vandilia P.D. Also said the W Cole has no means of transportation but has been known to steal cars. I called Mr Charles Stevenson who is W Cole parole officer 1-573-592-4061 and left

and left a Voice mail For him to Contact us over the matter. A Norvell gave me a phone number For M Cole 1-573 582-288 Which I tried I tried to call but it was Not in Service,

Thank You

P.S. From me William K. Cole
In Court on 2/4/13 Court Said Vanelalia P.D Police and A Norvell lie on William K Cole and US Cellular Record S. office lie on me
    The Court and the Prosecuto Attorney
Office lie on me William K Cole and You Will See At So Look in See At OK

Thank
For Case 1. and. 2

Besides keeping quiet to the fact the movant actually did not reaive a "deal" to plead guilty as a result of the guilty plea, Movant is left with the unsavory Stigma of being a "Stalker" which the general public perrieves to be related to a rapist and the likes. Plea Counsel took full advantage of his Clients inability to ratiolialized the fact he was pleading to a maximum term. Unknowingly Plea Counsel took full advantage of Morants inability to Comprehend the ramifications of pleading to the Stigmatization of a staker but instead, abused Movants disability by not defending movant through Proper investigations to get at the truth, keep Morant separated from his parents not informing the parents or interviewing them presenting manufactered evidence, and threatening me life of his Client when he told him he could recieve a lengthey send that was not even possible.

Im Conclusion to this post Conviction relief, it was never plea counsels intention to get at the truth of the allegations made against his Client, because, he believed his Client to be guilty as a result of bias and pregudice, and used his Clients disability to Confound, fruistrate, and induce the obvious that Movant had no choice but to Plead guilty or face a lengthy prison term Supposibly. Movants Plea of guilty was Involuntary as a result of plea Counsel's Stretegy to induce the same

fighting to get Morant's bond reduced, Counsel instend was continually making statements and arerments to Morants resistance to making a Plee with the State as the reason it would takr him longer to get home to his mother. Pleq Counsel Used Movant's Mother's Condition to Coerce a plea of guilty by allowing the excessive bail to Stand Knowingly. as a result, this is the Major reason Morant went ahead and Plead Guilty, so he could begin the process of getting home to his disabled Mother, beccuse, Movamt is the only Child of his Mother. Upon this action of Plee Counsel the plee of guilty was the result of Coersion and mentalq emoxonal extortion by Counsel.

I Sue For money and Job. I go For it

1. P.D. of Vandaila Police Mickel $555,000.00
2. ~~Vandah~~ Vandail Police office $759,000.00
3. Audrain County Prosecuto Attorney office and Job 899,999.00,
4. Audrain County Assistant Public Der and Job $899,999.00
5. Audrain Countys and Job $999,999.00

OK

1.

From the amended motion to Vacate, Set aside or Correct Judgment and sentence ok Look at ↓

## ~~Dog~~ Judgment

movant having met the burden of the preponderance of the evidence supporting his claims as out above, this Court Does hereby order that movant's Motion to Vacate, Set aside, or Correct Sentence and Judgment is sustained and the Conviction in Audrain County Case number 11AU-CR00714-01 is Vacated and Set aside.

Your Missouri Courts Missouri Case net 11AU-CR00714-02-STV William Kendrick Cole 2/14/2013 Answer filed Filed By: Jacob W Shellabarger 2/11/2013 Hearing ~~Set~~ Scheduled Scheduled For 3/4/2013; 9:00Am Wesley Clay Dalton Audrain Hearing/Trial Cancelled Scheduled For: 3/4/2013; 9:00Am Keithm Sutherland; Audrain order. order revoking Assignment of Senior Judge filed. Presiding Judge Wesley C. Dalton Will Retain Jurisdiction of Said Matter. Filed by Wesley C. Dalton. Judge Assigned 2/8/2013 Writ of Habeas Corpus order Filed By: Wesley Clay Dalton 2/6/2013 Writ Requested Filed by: Jacob W Shellabarger 2/5/2013 Hearing scheduled Associated Entries. 2/11/2013 - Hearing trial Cancelled scheduled for: 3/4/2013; 9:00Am Keitm Sutherland; Audran 2/4/2013 Guilty Plea Withdrawn Filed By: William Kendrick Cole  Click here to receive phone/e-mail notices of future hearings on this case

2.

William K. Cole    Cause No-11AU-CR00714 or
Past Conviction 24.035 Attached Clntms
Claims- Ineffective Assistance of Counsel

### Facts is Support

1. plea Counsel was ineffective, because, he failed to make the proper investigations into the state's case, in that, had Counsel investigated the states Witness he would have Discovered, that, the State's alledged Victim's police reports Were rife with deceptive and manufactured Statements that lead the reader to believe her relationship with the defendant Was not significant, but that, he was someone she had briefly met and that after this brief association, the defendant then became obssesed with her and become offensive by harrassing her. Had Counsel performed a reasonable level of investigation he would have discovered that Movant and the Alledged Victim have been involved in a significant relationship for several years, including helping Children with Her together, having lived together, financial ties and oter intimate relations As a result of failing to investigate and marshall undiscovered evidence of the close relationship, Counsel was not able and failed to Challenge the veracity of the alledged Victims Credibility in the first instance, where, had Counsel done so there exsisted a probability that Counsel Could have negotiated For lesser Charges or even convince the State the Charges were out of revenge and Vindictiveness, because, defendant told Counsel the Victim was his Significant to her and because he had threatened her with legal action, loss of financial Support due to her continued drug use around her Children she had

Post Conviict- 24.035 Attached Claims

1. already successfully had false charges of burglary brought against him and he plead guilty to those charges due to the same level of ineffective assistance by Counsels Co worker P.D Hernandez Counsels lack of interest in my case, and, to investigate my case, was apparent to Morant and induced fear, Misapprehension, as a result of Movant's fears, he plead guilty after being told by Counsel he would recieve upto 15 years if he went to trial and lost. the Plea was Involuntarily Made.

2. Plea Counsel was ineffective, because, Counsel failed to investigate the alledged Victims background, in that Movant informed Counsel, that, the alledge Victim had a significant drug history, Criminal history and a negative history with DFS regarding Child Care issues, becalle, the alleded Victims drug use was documented by Certain state agencies, as was her Criminal and DFS history that were accessible to Counsel for the purpose of establishing a Viable defense predicated upon the alledged Victims Credibility which was very Poor. As a result of this failure to provide due diligence, Morant was deprived a viable defensE, Where, the Credibility of the States Witness was Crucial to the States Case and could have been shown to be unbelinevable before a Jury. As a result of Ceusnsels inaction, Morant plead guilty involuntarily.

3.

Plea Counsel was ineffective, because, he failed to investigte the reracity of the police reports in that, Counsel misled Morant to believe that the police reports would hurt his case in front of a jury, because, the police report by the Mt. Sterling Police Department by officer M. Cremer revealed that Morant was considered "armed and dangerous" and "extreme caution" should be used during police contact. Cousel told morcent that if this information went in front of a sary, he would most likely be found guity because of the nature of most likely be found guilty because of the nature of the charges. As a result, Morant became fearful and was intimidated by Counsel, becnuse, he knew he had never been arrested for violent crimes, and when it became apparent that Counsel was not willing to prove and discount this claim by Muestigion, Morant's fear and misapprehension intensified and plead guilty involuntarily.

4.

Plea Counsel was ineffective and worked against Movant, because, movants bond was unconstitutionally excessive and Counsel refused to enter and/or obtain a bond reduction hearing instead. Counsel used and took advantage of the fact that Counsel knew movants 74 year Mother is in God Home to Day. Day 2014 ok. Mother was very sick even falling ill in Court. Yet Instend of fighting to get Movants bond reduced, Counsel instead was Continually making statements and plea with th State as the reason it would take him longer to get home to his Mother Plea Counsel used Movant's Mother's Condition to Coerce a plea of guilty by ~~allow~~ allowing the excessive bail to stand, knowingly. As a result, this is the major reason Movant went anead and plead guilty. So he could begin the process of getting home to his disabled Mother, because Movant is the only Child of his mother, upon this action of Plea Counsel, the plea of guilty was the result of Coersion and Mentol a emoh and extortion by Counsel.

5.

Movant's plea of guilty was not Voluntarily Made, because, Plea Counsels tactics to induce the Plea became apparent to movant that they were designed to help the State obtain a Conviction, because, Counsel believed that movant believed his averment that Movant Could recieve up to 15 years in prison For a Class D Felony if he did not accept the plea offer. This false representation only strengthen movants resolve, that Plea Counsel was in missconduct and Unethical practice against Movant to benifit the State Prosecutors Case.

From the very begining, Morant Made Plea Counsel aware that he was legally disabled by a proround learning disibilty due to being dislexic. And that upon believing that, prior Plea Counsel, P.D. Hernadez, a brother lawyer to Counsel, had duped him precuidusly, Movant Repeatedly and every time he had opportunity directed Counsel to Consult Whatever manner of diretion and decisions made to his mother and father. Infact. Counsel was instructed to call Mouant's parents prior to every Court apperence and explain to the parents each stage of the proceedings and what Counsels intentions were based upon, the State's position, So that the parents would be able to help Morant With the ability to rationally understand and have a Factual Understanding of What Was being done to defend him. at no time did Plea Counsel Show any interest at no time did Plea Counsel Show any interest in making clear his intentions or the State's intentions to Morants parents, in that, Counsel fictly refused to allow the parents to take part or assist or ensure that Movant Was Cogzinant of the Complet Nature of the law. Furthermore, Counsel never once even So Much as took a Statement from morant or sent even an investigator to investigate any of the Claims Morant Was making aginst the Victim in his own defense Neither did Counsel intrview Movants parents Who know the person and character of the alledged Victim and the Significant history of Movant and the Victim, In fact, Plea Counsel can not Show that he performed not one investigation into the States Case, because, Plen Counsel Was bias and

Predjudice against movant as a result of the previous convuiction that surrounded the Victim's allegations of barglary assualt. It Would seem suspicious that, Counsel would engage in conduct that falls far below what a competent lawyer would do in the least. Caesels actions upon seruting of this Plea, will show that the only thing Counsel was willing to do was to bring movant before the Court and hand him over to the State, because, Counsel's actions or lack there of are clearly indicitive of someone who believes movant is guilty, this is why Counsel hed to Moramt and told him he faced 15 years in prison if he went to a Jury trial. Morant's Inmate lawyer proved this could not be possible and showed Merant on the institutional law library computer, that a class D felony carried a Maximum 4 years, and ironically Morant, unbeknowst and Counsel nerer said a word.

To you

2/13/2014

You get a Copy of my Inmate Account Statement on Case From my Case on MCC and CO Massey and Case Worker Belles Case is Cole V. Massey etal No. 2:14-CV-00008-SPM and Case 2:14-CV-00007

1-/14/2014 2:14-CV-00007 and ERW 2:14-cv-00008spm So You Can Look At my Account From the Case I get in to You Ok   Thank You Ok
From Mr. Cole William K
~~and You ge~~

P.S.S.    You get Copy From me on Audrain ISUe and Vandalia P.D You Copy of my Account get From What You get From me
   Ok

Thank You
For Your Time